ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

FILED
DEC - 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                    ) Chapter 13
                                          )
JOHN R SKALISKY                           ) Case No. 10-55116 SLJ
                                          )
                                          ) **NOTICE OF UNCLAIMED DIVIDEND**
                                          )
              Debtor                      )
                                          )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

   Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2480300 for an unclaimed dividend in the amount of $100.00.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

           JOHN R SKALISKY
           390 TILMAN AVE
           SAN JOSE, CA  95126


Dated:  December 02, 2010                 _____
                                          DEVIN DERHAM-BURK, TRUSTEE